UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62442-CIV-DIMITROULEAS

DEREK ISOLA and ISAI TELLEZ,
on their own behalf and others similarly situated,

    Plaintiffs,

vs.

ALLIANCE SECURITY, INC., a Delaware
corporation, JASJIT GOTRA, individually,
BRIAN FABIANO, individually, and JAKE
MURRAY, individually,

    Defendants.
_____/

## ORDER APPROVING JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY AND TO COMPEL ARBITRATION

THIS MATTER is before the Court upon the Joint Stipulation Regarding Defendants' Motion to Dismiss, or in the Alternative, to Stay and to Compel Arbitration [DE 22], filed on January 16, 2017. The Court has carefully considered the Stipulation and is otherwise fully advised on the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 22] is **APPROVED**;

2.     Pursuant to the Stipulation, this proceeding is **STAYED** pursuant to the terms of the Stipulation;

3.     The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** all pending motions.

4. The parties shall file a joint status report regarding the status of the arbitration every sixty (60) days from the date of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this 17th day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All counsel of record